1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12

STEVEN PINKSTON,

Case No. CV 18-00569-GW (SHK)

Petitioner,

13
14

v.

15

J. GASTELO, Warden,

16

Respondent.

ORDER ACCEPTING FINDINGS AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

17
18
19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ
20   of Habeas Corpus, the records on file, and the Report and Recommendation of
21   the United States Magistrate Judge.  No objections have been filed.  The Court
22   accepts the findings and recommendation of the Magistrate Judge.
23        IT IS THEREFORE ORDERED that Judgment be entered: (1) denying the
24   Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.
25
26   Dated: March 14, 2019

_____
HONORABLE GEORGE H. WU
United States District Judge

27
28