UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PINKSTON, <br> Petitioner, <br> v. <br> J. GASTELO, Warden, <br> Respondent. | Case No. CV 18-00569-GW (SHK) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: March 14, 2019

HONORABLE GEORGE H. WU
United States District Judge